UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY LEE STUART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STIENHOFF, et al.,<br><br>　　　　Defendants, | No. EDCV 11-233-VBF (AGR)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: 3-26-12

_____
　　VALERIE BAKER FAIRBANK
　　UNITED STATES DISTRICT JUDGE